UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2007
FEBRUARY 18, 2009 SESSION

**SEALED**



FEB 18 2009

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:09-00031
     21 U.S.C. § 841(a)(1)

ERIC MILLER

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about January 7, 2009, at approximately 4:15 p.m., at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant ERIC MILLER knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about January 7, 2009, at approximately 4:56 p.m., at or near Beckley, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant ERIC MILLER knowingly and intentionally distributed a quantity of cocaine base, also known as "crack," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

                CHARLES T. MILLER
                United States Attorney

By: _____
     MILLER BUSHONG
     Assistant United States Attorney